UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00134

**Tyler Regional Hospital, LLC dba UT Health Tyler et al.,**
*Plaintiffs,*

v.

**Department of Health and Human Services et al.,**
*Defendants.*

# FINAL JUDGMENT

The court declares unlawful and sets aside the August 11, 2022 decision of the Health Resources and Services Administration of the Department of Health and Human Services denying plaintiffs' request to revise their application for American Rescue Plan Act rural relief funds to correct the taxpayer identification number for UT Health Tyler to 82-3878395. *See* Docs. 15-9, 15-10.

Defendants, including the successors in office of the Secretary of Health and Human Services and the Administrator of the Health Resources and Services Administration, are enjoined (1) not to enforce the August 11, 2022 refusal of application amendment, and to thus amend plaintiffs' application to correct the taxpayer identification number for UT Health Tyler, and (2) to process reconsideration of plaintiffs' application, as amended, within 10 calendar days of the date of this judgment.

All other relief prayed for is denied, with the exception of attorney's fees and costs, which may be moved for after this final judgment. *See* Fed. R. Civ. P. 54(d). The clerk of court is directed to close this case.

*So ordered by the court on May 17, 2023.*

J. Campbell Barker
United States District Judge